# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

AARON VELARDE,

    Plaintiff,

v.   Case No. 1:23-cv-01135 KWR/JFR

BOARD OF COMMISSIONERS FOR BERNALILLO COUNTY,
AND BERNALILLO COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## JUDGMENT

For the reasons stated in the order entered concurrently herewith, the Court dismisses the breach of contract claim (Count V), declines to exercise supplemental jurisdiction over the remaining state law claims (Counts I-IV), and remands those remaining claims to the Second Judicial District Court, Bernalillo County, New Mexico.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's breach of contract claim (Count V) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over the remaining state law claims, and **REMANDS** those claims to the Second Judicial District Court, Bernalillo County, New Mexico.

/s/
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE